**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mark S. Stehle                  CHAPTER 13
       Judith M. Stehle
               Debtor(s)                  BKY. NO. 15-21463 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of COMMUNITY LOAN SERVICING, LLC and index same on the master mailing list.

                 Respectfully submitted,

                 /s/ Brian C. Nicholas
                 Brian Nicholas
                 31 Mar 2021, 07:44:37, EDT

                 Brian C. Nicholas, Esq. (317240) ☑
                 Maria D. Miksich, Esq. (319383) ☐
                 Rebecca A. Solarz, Esq. (315936) ☐
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106
                 412-430-3594
                 bkgroup@kmllawgroup.com