# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

  MARK S. STEHLE

JUDITH M. STEHLE

    Debtor(s)

  Ronda J. Winnecour, Trustee

    Movant

    vs.

  MARK S. STEHLE

JUDITH M. STEHLE

    Respondents

FILED
6/3/21 4:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case No.15-21463GLT

Chapter 13

Document No. __169__

---

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___3rd___ day of _June_ , 20__21__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Lowes Home Center Inc
Attn: Payroll Manager
Robinson Town Center
Pittsburgh,PA 15275

is hereby ordered to immediately terminate the attachment of the wages of JUDITH M. STEHLE,

social security number XXX-XX-7975.   No future payments are to be sent to Ronda J.

Winnecour, Trustee on behalf of JUDITH M. STEHLE.

Dated: 6/3/21
cm: Debtor

BY THE COURT:

_____

GREGORY L. TADDONIO

UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21463-GLT

Mark S. Stehle                                                            Chapter 13

Judith M. Stehle

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: aala                          Page 1 of 2

Date Rcvd: Jun 04, 2021                       Form ID: pdf900                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Mark S. Stehle, Judith M. Stehle, 3254 Wainebell Avenue, Pittsburgh, PA 15216-2318 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com |
| Celine P. DerKrikorian | on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com |
| Derek K. Koget | on behalf of Creditor Borough of Dormont dkoget@grblaw.com  cnoroski@grblaw.com |
| Derek K. Koget | on behalf of Creditor Keystone Oaks School District dkoget@grblaw.com  cnoroski@grblaw.com |

District/off: 0315-2                                 User: aala                                 Page 2 of 2
Date Rcvd: Jun 04, 2021                         Form ID: pdf900                        Total Noticed: 1

Jeffrey R. Hunt
      on behalf of Creditor Borough of Dormont jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
      on behalf of Creditor Keystone Oaks School District jhunt@grblaw.com  cnoroski@grblaw.com

Lauren Moyer
      on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@ecf.courtdrive.com

Lauren Moyer
      on behalf of Creditor Bank of America  N.A. ecfmail@ecf.courtdrive.com

Lauren Moyer
      on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@ecf.courtdrive.com

Marisa Myers Cohen
      on behalf of Creditor Bank of America  N.A. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
      ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
      on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
      cmecf@chapter13trusteewdpa.com

Shawn N. Wright
      on behalf of Joint Debtor Judith M. Stehle shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
      on behalf of Debtor Mark S. Stehle shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
      on behalf of Spec. Counsel Elizabeth Pollock-Avery shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 18