**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/3/21 4:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  MARK S. STEHLE
JUDITH M. STEHLE
       Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
      vs.
  MARK S. STEHLE
JUDITH M. STEHLE

      Respondents

Case No. 15-21463GLT

Chapter 13

Document No. 171

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 3RD day of June, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

    Ad Post Signs & Banners
    Attn: Payroll Manager
    1501 Rte 51
    Jefferson Hills, PA 15025

is hereby ordered to immediately terminate the attachment of the wages of MARK S. STEHLE, social security number XXX-XX-4670. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARK S. STEHLE.

Dated: 6/3/21

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-21463-GLT |
| Mark S. Stehle | Chapter 13 |
| Judith M. Stehle | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: Jun 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark S. Stehle, Judith M. Stehle, 3254 Wainebell Avenue, Pittsburgh, PA 15216-2318 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Bank of America N.A. ecfmail@mwc-law.com |
| Celine P. DerKrikorian | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com |
| Derek K. Koget | on behalf of Creditor Borough of Dormont dkoget@grblaw.com cnoroski@grblaw.com |
| Derek K. Koget | on behalf of Creditor Keystone Oaks School District dkoget@grblaw.com cnoroski@grblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 2 of 2 |
| Date Rcvd: Jun 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Jeffrey R. Hunt
    on behalf of Creditor Borough of Dormont jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Keystone Oaks School District jhunt@grblaw.com cnoroski@grblaw.com

Lauren Moyer
    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor Bank of America N.A. ecfmail@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor Bayview Loan Servicing LLC ecfmail@ecf.courtdrive.com

Marisa Myers Cohen
    on behalf of Creditor Bank of America N.A. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
    on behalf of Joint Debtor Judith M. Stehle shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Debtor Mark S. Stehle shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Spec. Counsel Elizabeth Pollock-Avery shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 18