**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/3/21 4:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  MARK S. STEHLE<br>  JUDITH M. STEHLE<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>      Movant<br>          vs.<br>  MARK S. STEHLE<br>  JUDITH M. STEHLE<br><br>          Respondents | Case No. 15-21463GLT<br><br>Chapter 13<br><br>Document No. 173 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___3rd___ day of __June__, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Point Park University
> Attn: Payroll Manager
> 201 Wood St
> Pittsburgh, PA 15222

is hereby ordered to immediately terminate the attachment of the wages of MARK S. STEHLE, social security number XXX-XX-4670. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARK S. STEHLE.

Dated: 6/3/21

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-21463-GLT |
| Mark S. Stehle | Chapter 13 |
| Judith M. Stehle | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: Jun 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark S. Stehle, Judith M. Stehle, 3254 Wainebell Avenue, Pittsburgh, PA 15216-2318 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com |
| Celine P. DerKrikorian | on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com |
| Derek K. Koget | on behalf of Creditor Borough of Dormont dkoget@grblaw.com  cnoroski@grblaw.com |
| Derek K. Koget | on behalf of Creditor Keystone Oaks School District dkoget@grblaw.com  cnoroski@grblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 2 of 2 |
| Date Rcvd: Jun 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Jeffrey R. Hunt
    on behalf of Creditor Borough of Dormont jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Keystone Oaks School District jhunt@grblaw.com  cnoroski@grblaw.com

Lauren Moyer
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor Bank of America  N.A. ecfmail@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@ecf.courtdrive.com

Marisa Myers Cohen
    on behalf of Creditor Bank of America  N.A. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
    on behalf of Joint Debtor Judith M. Stehle shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Debtor Mark S. Stehle shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Spec. Counsel Elizabeth Pollock-Avery shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 18