6/15/2021

US Bankruptcy Court

5414 US Steel Tower

600 Grant Street

Pittsburgh, PA 15219

RE: Mark S. Stehle
15-21463-GLT

To Whom it May Concern,

Please note that Mr. Mark Stehle is not or ever was an employee for Point Park University. If further information is required, please respond at Point Park University, 201 Wood Street Pgh PA 15222.

Thank you

Payroll Department

RECEIVED
JUN 16 2021
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/3/21 4:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
MARK S. STEHLE
JUDITH M. STEHLE
    Debtor(s)
Ronda J. Winnecour, Trustee
    Movant
    vs.
MARK S. STEHLE
JUDITH M. STEHLE

    Respondents

Case No.15-21463GLT

Chapter 13

Document No. 173

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 3rd day of June, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

    Point Park University
    Attn: Payroll Manager
    201 Wood St
    Pittsburgh, PA 15222

is hereby ordered to immediately terminate the attachment of the wages of MARK S. STEHLE, social security number XXX-XX-4670. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARK S. STEHLE.

Dated: 6/3/21

BY THE COURT:

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)

**POINT PARK UNIVERSITY**

Office of Human Resources

201 WOOD STREET
PITTSBURGH, PA
15222-1984

ADDRESS SERVICE REQUESTED

RECEIVED
JUN 16 2021
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLANIA

PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES
ZIP 15222 $ 000.46
02 4W
0000335310 JUN 15 2021

Bankruptcy Court
5414 US Steel Tower
600 Grant St
Pgh Pa 15219

DBCMPMP 15219