**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARK S. STEHLE<br>JUDITH M. STEHLE<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>    Movant<br>  vs.<br>No Respondents. | Case No.:15-21463<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

June 25, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 04/28/2015 and confirmed on 6/8/15. The case was subsequently    Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 104,840.82 |
| Less Refunds to Debtor | 945.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 103,895.82 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,755.00 | |
|   Trustee Fee | 4,965.64 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,720.64 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   COMMUNITY LOAN SERVICING LLC<br>    Acct: 1702 | 21,589.99 | 21,589.99 | 0.00 | 21,589.99 |
|   COMMUNITY LOAN SERVICING LLC<br>    Acct: 1702 | 1,888.88 | 1,888.88 | 0.00 | 1,888.88 |
|   COMMUNITY LOAN SERVICING LLC<br>    Acct: 1702 | 0.00 | 46,026.40 | 0.00 | 46,026.40 |
|   COMMUNITY LOAN SERVICING LLC<br>    Acct: 1702 | 0.00 | 0.00 | 0.00 | 0.00 |
|   DORMONT BOROUGH (TRASH)<br>    Acct: 8K68 | 135.29 | 135.29 | 53.41 | 188.70 |
|   DORMONT BOROUGH (SWG)<br>    Acct: 8K68 | 466.80 | 466.80 | 110.56 | 577.36 |
|   DORMONT BOROUGH (SWG)<br>    Acct: 8K68 | 79.14 | 79.14 | 0.00 | 79.14 |
|   DORMONT BOROUGH (TRASH)<br>    Acct: 8K68 | 17.00 | 17.00 | 0.00 | 17.00 |
|   PRA RECEIVABLES MANAGEMENT LLC - /<br>    Acct: 8000 | 11,331.57 | 11,331.57 | 1,431.11 | 12,762.68 |
| | | | | 83,130.15 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MARK S. STEHLE<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MARK S. STEHLE<br>    Acct: | 945.00 | 945.00 | 0.00 | 0.00 |
|   LAW OFFICE OF SHAWN N WRIGHT<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   SHAWN N WRIGHT ESQ<br>    Acct: | 3,900.00 | 3,900.00 | 0.00 | 0.00 |
|   SHAWN N WRIGHT ESQ<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXX5/20 | 1,855.00 | 1,855.00 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 4670 | 5,199.28 | 5,199.28 | 0.00 | 5,199.28 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| DORMONT BOROUGH (EIT) | 428.00 | 428.00 | 0.00 | 428.00 |
|     Acct: 4670 | | | | |
| PA DEPARTMENT OF REVENUE* | 540.00 | 540.00 | 0.00 | 540.00 |
|     Acct: 4670 | | | | |
| KEYSTONE OAKS SD & DORMONT BORO | 1,330.95 | 1,330.95 | 0.00 | 1,330.95 |
|     Acct: 0716 | | | | |
| COMMUNITY LOAN SERVICING LLC | 300.00 | 300.00 | 0.00 | 300.00 |
|     Acct: 1702 | | | | |
| CLEARVIEW FCU** | 1,500.00 | 1,500.00 | 128.66 | 1,628.66 |
|     Acct: | | | | |
| | | | | 9,426.89 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| ALLEGHENY GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| APRIA HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 353.64 | 38.91 | 0.00 | 38.91 |
|     Acct: 7668 | | | | |
| CREDIT FIRST NA* | 1,536.05 | 169.03 | 0.00 | 169.03 |
|     Acct: 7975 | | | | |
| DELL FINANCIAL SERVICES LLC | 1,135.78 | 124.98 | 0.00 | 124.98 |
|     Acct: 0321 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO | 489.20 | 53.83 | 0.00 | 53.83 |
|     Acct: 0234 | | | | |
| CAPITAL ONE NA** | 419.25 | 46.13 | 0.00 | 46.13 |
|     Acct: 8906 | | | | |
| MASSEYS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| MERRICK BANK | 973.11 | 107.08 | 0.00 | 107.08 |
|     Acct: 1800 | | | | |
| ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 484.99 | 53.37 | 0.00 | 53.37 |
|     Acct: 1384 | | | | |
| INTERNAL REVENUE SERVICE* | 225.42 | 24.81 | 0.00 | 24.81 |
|     Acct: 4670 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 618.14 |

TOTAL PAID TO CREDITORS                                                                          93,175.18

```
TOTAL CLAIMED
   PRIORITY              9,298.23
   SECURED              35,508.67
   UNSECURED             5,617.44
```

Date: 06/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MARK S. STEHLE
    JUDITH M. STEHLE
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:15-21463

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-21463-GLT |
| Mark S. Stehle | Chapter 13 |
| Judith M. Stehle | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Jun 28, 2021 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark S. Stehle, Judith M. Stehle, 3254 Wainebell Avenue, Pittsburgh, PA 15216-2318 |
| sp | | Elizabeth Pollock-Avery, Kraemer Manes and Associates, 660 U.S. Steel Tower, Pittsburgh, PA 15219 |
| 14035745 | ++ | APRIA HEALTHCARE, 1340 SOUTH HIGHLAND AVENUE, JACKSON TN 38301-7369 address filed with court:, Apria Healthcare, 1328 S. Highland Avenue, Jackson, TN 38301-7369 |
| 14035743 | + | Allegheny General Hospital, 320 East North Street, Pittsburgh, PA 15212-4772 |
| 14035746 | + | Bank of America, N.A., 2380 Performance Drive, Richardson, TX 75082-4333 |
| 14094679 | | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 14062885 | + | Borough of Dormont, c/o Goehing Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14062886 | + | Borough of Dormont/Keystone Oaks SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14062859 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14035748 | + | Credit First, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 14061058 | | Credit First NA, BK13 Credit Operations, PO Box 818011, Cleveland, OH 44181-8011 |
| 14035750 | | Duquesne Light, c/o Bernstein Law Office, 707 Gulf Tower, Suite 2200, Pittsburgh, PA 15219 |
| 14035751 | | Fingerhut, PO Box 1140, Saint Cloud, MN 56396-1140 |
| 14035753 | | Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:31:47 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14044223 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2021 23:26:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14035744 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2021 23:26:00 | Ally Financial, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14712939 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 28 2021 23:26:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 14353317 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 28 2021 23:26:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Boulevard 5th Floor, Coral Gables, Florida 33146-1873 |
| 14035747 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2021 23:26:00 | Comenity Bank/Overstock, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15302600 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 28 2021 23:26:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14087106 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2021 10:46:27 | Dell Financial Services, c/o Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14035749 | | Email/PDF: DellBKNotifications@resurgent.com | | |

District/off: 0315-2 | User: jhel | Page 2 of 3
Date Rcvd: Jun 28, 2021 | Form ID: pdf900 | Total Noticed: 35

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 28 2021 23:31:50 | Dell Preferred Account, PO Box 6403, Carol Stream, IL 60197-6403 |
| 14035752 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 28 2021 23:26:00 | Internal Revenue Service, 1000 Liberty Avenue--Room 705, Pittsburgh, PA 15222-3714 |
| 14035754 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 28 2021 23:26:00 | Kohls/Chase, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 14035755 | + | Email/Text: bankruptcy@sccompanies.com | Jun 28 2021 23:25:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |
| 14093176 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 28 2021 23:31:59 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14035756 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 29 2021 09:34:18 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14413115 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:32:09 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14095403 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:31:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14035757 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 28 2021 23:26:00 | Pennsylvania Dept. of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14091422 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2021 23:26:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14060765 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2021 23:26:53 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14035758 | | Email/Text: PFS.Analyst@stclair.org | Jun 28 2021 23:27:00 | St.Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 14035759 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:32:08 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, N.A. |
| cr | | Bayview Loan Servicing, LLC |
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Borough of Dormont |
| cr | | Community Loan Servicing, LLC |
| cr | | Duquesne Light Company |
| cr | | Keystone Oaks School District |

TOTAL: 7 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2021            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Alexandra Teresa Garcia
    on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brian Nicholas
    on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com

Celine P. DerKrikorian
    on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com

Celine P. DerKrikorian
    on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com

Derek K. Koget
    on behalf of Creditor Keystone Oaks School District dkoget@grblaw.com  cnoroski@grblaw.com

Derek K. Koget
    on behalf of Creditor Borough of Dormont dkoget@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Dormont jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Keystone Oaks School District jhunt@grblaw.com  cnoroski@grblaw.com

Lauren Moyer
    on behalf of Creditor Bank of America  N.A. ecfmail@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@ecf.courtdrive.com

Marisa Myers Cohen
    on behalf of Creditor Bank of America  N.A. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
    on behalf of Joint Debtor Judith M. Stehle shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Debtor Mark S. Stehle shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Spec. Counsel Elizabeth Pollock-Avery shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 18