| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mark S. Stehle**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–4670**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Judith M. Stehle**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7975**<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **15–21463–GLT** | | |

# Order of Discharge                                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Mark S. Stehle                                                 Judith M. Stehle

   <u>8/13/21</u>                                                 **By the court:**   <u>Gregory L. Taddonio</u>
                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 15-21463-GLT |
|---|---|
| Mark S. Stehle | Chapter 13 |
| Judith M. Stehle | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: aala | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: 3180W | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark S. Stehle, Judith M. Stehle, 3254 Wainebell Avenue, Pittsburgh, PA 15216-2318 |
| sp | | Elizabeth Pollock-Avery, Kraemer Manes and Associates, 660 U.S. Steel Tower, Pittsburgh, PA 15219 |
| 14035745 | ++ | APRIA HEALTHCARE, 1340 SOUTH HIGHLAND AVENUE, JACKSON TN 38301-7369 address filed with court:, Apria Healthcare, 1328 S. Highland Avenue, Jackson, TN 38301-7369 |
| 14035743 | + | Allegheny General Hospital, 320 East North Street, Pittsburgh, PA 15212-4772 |
| 14062885 | + | Borough of Dormont, c/o Goehing Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14062886 | + | Borough of Dormont/Keystone Oaks SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14035750 | | Duquesne Light, c/o Bernstein Law Office, 707 Gulf Tower, Suite 2200, Pittsburgh, PA 15219 |
| 14035751 | | Fingerhut, PO Box 1140, Saint Cloud, MN 56396-1140 |
| 14035753 | | Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 14 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2021 23:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 14 2021 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2021 23:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Aug 14 2021 03:18:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14044223 | + | EDI: GMACFS.COM | Aug 14 2021 03:08:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14035744 | + | EDI: GMACFS.COM | Aug 14 2021 03:08:00 | Ally Financial, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14094679 | | EDI: WFFC.COM | Aug 14 2021 03:18:00 | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 14035746 | + | EDI: BANKAMER.COM | Aug 14 2021 03:08:00 | Bank of America, N.A., 2380 Performance Drive, Richardson, TX 75082-4333 |
| 14712939 | + | EDI: LCIBAYLN | Aug 14 2021 03:08:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL |

| District/off: 0315-2 | User: aala | | Page 2 of 4 |
| --- | --- | --- | --- |
| Date Rcvd: Aug 13, 2021 | Form ID: 3180W | | Total Noticed: 37 |

| | | | |
| --- | --- | --- | --- |
| 14353317 | + EDI: LCIBAYLN | Aug 14 2021 03:08:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Boulevard 5th Floor, Coral Gables, Florida 33146-1873 |
| 14062859 | EDI: BL-BECKET.COM | Aug 14 2021 03:18:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14035747 | + EDI: WFNNB.COM | Aug 14 2021 03:08:00 | Comenity Bank/Overstock, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15302600 | + EDI: LCIBAYLN | Aug 14 2021 03:08:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14035748 | + EDI: CRFRSTNA.COM | Aug 14 2021 03:08:00 | Credit First, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 14061058 | EDI: CRFRSTNA.COM | Aug 14 2021 03:08:00 | Credit First NA, BK13 Credit Operations, PO Box 818011, Cleveland, OH 44181-8011 |
| 14087106 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2021 23:26:39 | Dell Financial Services, c/o Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14035749 | Email/PDF: DellBKNotifications@resurgent.com | Aug 13 2021 23:26:42 | Dell Preferred Account, PO Box 6403, Carol Stream, IL 60197-6403 |
| 14035752 | EDI: IRS.COM | Aug 14 2021 03:08:00 | Internal Revenue Service, 1000 Liberty Avenue--Room 705, Pittsburgh, PA 15222-3714 |
| 14035754 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 13 2021 23:13:00 | Kohls/Chase, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 14035755 | + EDI: CBSMASON | Aug 14 2021 03:08:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |
| 14093176 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 13 2021 23:26:42 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14035756 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 13 2021 23:26:38 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14413115 | EDI: PRA.COM | Aug 14 2021 03:18:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14095403 | EDI: PRA.COM | Aug 14 2021 03:18:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14035757 | EDI: PENNDEPTREV | Aug 14 2021 03:18:00 | Pennsylvania Dept. of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14035757 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2021 23:13:00 | Pennsylvania Dept. of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14091422 | EDI: Q3G.COM | Aug 14 2021 03:18:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14060765 | EDI: Q3G.COM | Aug 14 2021 03:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14035758 | Email/Text: PFS.Analyst@stclair.org | Aug 13 2021 23:13:00 | St.Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 14035759 | + EDI: RMSC.COM | Aug 14 2021 03:08:00 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 31

| District/off: 0315-2 | User: aala | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: 3180W | Total Noticed: 37 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, N.A. |
| cr | | Bayview Loan Servicing, LLC |
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Borough of Dormont |
| cr | | Community Loan Servicing, LLC |
| cr | | Duquesne Light Company |
| cr | | Keystone Oaks School District |

TOTAL: 7 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Alexandra Teresa Garcia
    on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brian Nicholas
    on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com

Celine P. DerKrikorian
    on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com

Celine P. DerKrikorian
    on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com

Derek K. Koget
    on behalf of Creditor Keystone Oaks School District dkoget@grblaw.com  cnoroski@grblaw.com

Derek K. Koget
    on behalf of Creditor Borough of Dormont dkoget@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Dormont jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Keystone Oaks School District jhunt@grblaw.com  cnoroski@grblaw.com

Lauren Moyer
    on behalf of Creditor Bank of America  N.A. ecfmail@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@ecf.courtdrive.com

Marisa Myers Cohen

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 4 of 4 |
| Date Rcvd: Aug 13, 2021 | Form ID: 3180W | Total Noticed: 37 |

on behalf of Creditor Bank of America N.A. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Shawn N. Wright
on behalf of Joint Debtor Judith M. Stehle shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
on behalf of Debtor Mark S. Stehle shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
on behalf of Spec. Counsel Elizabeth Pollock-Avery shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 18