**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/13/21 1:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   MARK S. STEHLE
   JUDITH M. STEHLE
       Debtor(s)

   Ronda J. Winnecour
       Movant
     vs.
   No Repondents.

Case No.:15-21463

Chapter 13
Related to Dkt. No. 186

## ORDER OF COURT

AND NOW, this 13th day of August 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
GREGORY L. TADDONIO  jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-21463-GLT |
| Mark S. Stehle | Chapter 13 |
| Judith M. Stehle | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 3 |
| Date Rcvd: Aug 13, 2021 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark S. Stehle, Judith M. Stehle, 3254 Wainebell Avenue, Pittsburgh, PA 15216-2318 |
| sp | | Elizabeth Pollock-Avery, Kraemer Manes and Associates, 660 U.S. Steel Tower, Pittsburgh, PA 15219 |
| 14035745 | ++ | APRIA HEALTHCARE, 1340 SOUTH HIGHLAND AVENUE, JACKSON TN 38301-7369 address filed with court:, Apria Healthcare, 1328 S. Highland Avenue, Jackson, TN 38301-7369 |
| 14035743 | + | Allegheny General Hospital, 320 East North Street, Pittsburgh, PA 15212-4772 |
| 14094679 | | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 14035746 | + | Bank of America, N.A., 2380 Performance Drive, Richardson, TX 75082-4333 |
| 14062885 | + | Borough of Dormont, c/o Goehing Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14062886 | + | Borough of Dormont/Keystone Oaks SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14062859 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14035748 | + | Credit First, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 14061058 | | Credit First NA, BK13 Credit Operations, PO Box 818011, Cleveland, OH 44181-8011 |
| 14035750 | | Duquesne Light, c/o Bernstein Law Office, 707 Gulf Tower, Suite 2200, Pittsburgh, PA 15219 |
| 14035751 | | Fingerhut, PO Box 1140, Saint Cloud, MN 56396-1140 |
| 14035753 | | Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2021 23:26:46 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14044223 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 13 2021 23:13:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14035744 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 13 2021 23:13:00 | Ally Financial, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14712939 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 13 2021 23:13:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 14353317 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 13 2021 23:13:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Boulevard 5th Floor, Coral Gables, Florida 33146-1873 |
| 14035747 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 13 2021 23:13:00 | Comenity Bank/Overstock, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15302600 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 13 2021 23:13:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14087106 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2021 23:26:43 | Dell Financial Services, c/o Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14035749 | | Email/PDF: DellBKNotifications@resurgent.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 13 2021 23:26:47 | Dell Preferred Account, PO Box 6403, Carol Stream, IL 60197-6403 |
| 14035752 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2021 23:13:00 | Internal Revenue Service, 1000 Liberty Avenue--Room 705, Pittsburgh, PA 15222-3714 |
| 14035754 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 13 2021 23:13:00 | Kohls/Chase, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 14035755 | + | Email/Text: bankruptcy@sccompanies.com | Aug 13 2021 23:13:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |
| 14093176 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 13 2021 23:26:38 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14035756 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 13 2021 23:26:38 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14413115 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2021 23:26:39 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14095403 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2021 23:26:42 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14035757 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2021 23:13:00 | Pennsylvania Dept. of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14091422 | | Email/Text: bnc-quantum@quantum3group.com | Aug 13 2021 23:13:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14060765 | | Email/Text: bnc-quantum@quantum3group.com | Aug 13 2021 23:13:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14035758 | | Email/Text: PFS.Analyst@stclair.org | Aug 13 2021 23:13:00 | St.Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 14035759 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 23:26:45 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, N.A. |
| cr | | Bayview Loan Servicing, LLC |
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Borough of Dormont |
| cr | | Community Loan Servicing, LLC |
| cr | | Duquesne Light Company |
| cr | | Keystone Oaks School District |

TOTAL: 7 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Case 15-21463-GLT  Doc 195  Filed 08/15/21  Entered 08/16/21 00:34:25  Desc
Imaged Certificate of Notice  Page 4 of 4

| District/off: 0315-2 | User: aala | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: pdf900 | Total Noticed: 35 |

Date: Aug 15, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Bank of America N.A. ecfmail@mwc-law.com |
| Celine P. DerKrikorian | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com |
| Derek K. Koget | on behalf of Creditor Keystone Oaks School District dkoget@grblaw.com cnoroski@grblaw.com |
| Derek K. Koget | on behalf of Creditor Borough of Dormont dkoget@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Dormont jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Keystone Oaks School District jhunt@grblaw.com cnoroski@grblaw.com |
| Lauren Moyer | on behalf of Creditor Bank of America N.A. ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@ecf.courtdrive.com |
| Marisa Myers Cohen | on behalf of Creditor Bank of America N.A. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Joint Debtor Judith M. Stehle shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Debtor Mark S. Stehle shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Spec. Counsel Elizabeth Pollock-Avery shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 18